UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                          MDL No. 2325

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO−26)

On February 7, 2012, the Panel transferred 80 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 186 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

May 18, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED ON
MAY 18 2012
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia
By _____ Deputy

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                        MDL No. 2325

## SCHEDULE CTO-26 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 12-02644 | Linda Crespin v. American Medical Systems Inc et al |
| CAC | 2 | 12-02645 | Barbara Verstring v. American Medical Systems Inc et al |
| CAC | 2 | 12-02649 | Lois Hinson v. American Medical Systems Inc et al |
| CAC | 2 | 12-02665 | Eileen Milstein v. American Medical Systems Inc et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 12-01800 | Arnold et al v. American Medical Systems, Inc |
| CAN | 3 | 12-01886 | Palkki et al v. American Medical Systems, Inc. |
| CAN | 3 | 12-01895 | Harris v. American Medical Systems, Inc. |
| CAN | 3 | 12-01896 | McKinney v. American Medical Systems, Inc. |
| CAN | 3 | 12-01984 | Trice et al v. American Medical Systems, Inc. |
| CAN | 4 | 12-01802 | Taylor v. American Medical Systems, Inc. |
| CAN | 5 | 12-01576 | Kloepfer et al v. American Medical Systems, Inc |
| CAN | 5 | 12-01577 | Allgood v. American Medical Systems, Inc |
| CAN | 5 | 12-01579 | Brewer et al v. American Medical Systems, Inc |
| **DELAWARE** | | | |
| DE | 1 | 12-00521 | Medellin v. American Medical Systems Inc. |
| DE | 1 | 12-00522 | Pettitt et al v. American Medical Systems Inc. |
| **FLORIDA NORTHERN** | | | |
| FLN | 3 | 12-00143 | KELLY v. AMERICAN MEDICAL SYSTEMS INC et al. |
| FLN | 4 | 12-00186 | NEAL v. AMERICAN MEDICAL SYSTEMS INC et al |
| **GEORGIA NORTHERN** | | | |
| GAN | 1 | 12-01204 | Hauffa v. American Medical Systems, Inc. |

| | | | |
|---|---|---|---|
| GAN | 1 | 12-01336 | Powell v. American Medical Systems, Inc. |

ILLINOIS NORTHERN

| | | | |
|---|---|---|---|
| ILN | 1 | 12-03214 | Evans v. American Medical Systems, Inc. et al |

KANSAS

| | | | |
|---|---|---|---|
| KS | 2 | 12-02222 | DeLoach et al v. Endo Pharmaceuticals et al |

LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 12-00818 | Keller v. American Medical Systems, Inc. et al |
| LAE | 2 | 12-01105 | Lerille et al v. American Medical Systems, Inc. et al |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 12-01007 | Ives-Fornof v. American Medical Systems, Inc. |

MISSOURI EASTERN

| | | | |
|---|---|---|---|
| MOE | 4 | 12-00616 | Crump v. American Medical Systems, Inc. |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 4 | 12-00510 | Parker et al v. American Medical Systems, Inc. et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 1 | 12-02033 | TITTL v. ENDO PHARMACEUTICALS et al |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 7 | 12-02712 | Henderson v. American Medical Systems, Inc. |

NEW YORK WESTERN

| | | | |
|---|---|---|---|
| NYW | 1 | 12-00358 | Druitt v. Endo et al |
| NYW | 6 | 12-06228 | Miller v. Endo et al |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 3 | 12-00811 | Guiler vs. American Medical Systems |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 12-02245 | HIGGS v. ENDO PHARMACEUTICALS et al |

TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 2 | 12-02245 | Jackson v. American Medical Systems, Inc. et al |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 12−00915 | Stolnake v. American Medical Systems, Inc. et al |
| TXS | 4 | 12−01098 | Pedroza v. American Medical Systems, Inc. |
| TXS | 4 | 12−01099 | Hunsicker et al v. American Medical Systems, Inc. |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 1 | 12−00421 | Pembelton v. American Medical Systems, Inc. |